In the Matter of the Claim of ANNA KOSTYUM, Appellant, against F. C. SHELDON SLATE COMPANY, Respondent. THE STATE INDUSTRIAL BOARD, Appellant.

(Argued March 15, 1932; decided March 29, 1932.)

*Walter A. Fullerton* and *James D. Connor* for Anna Kostyum, appellant.

*John J. Bennett, Jr.*, Attorney-General (*Joseph A. McLaughlin, Roy Wiedersum* and *John R. O'Hanlon* of counsel), for the State Industrial Board, appellant.

*Herbert F. Hastings, Jr.*, and *Everett F. Warrington* for respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN and HUBBS, JJ. Not sitting: KELLOGG, J.